IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 19 2007

JAMES W. M~~~~~~CK, CLERK
By:_____
　　　　　　　　　　DEP CLERK

CRYSTAL STAYTON　　　　　　　　　　　　　　　　Plaintiff

v.　　　　　　　　3:06CV00034 JFF

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,　　　　　　　　　　　　Defendant

### JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is reversed and remanded for action consistent with the opinion in this case. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and <u>Melkonyan v. Sullivan</u>, 501 U.S. 89 (1991).

IT IS SO ORDERED.

DATED this ___19th___ day of March, 2007.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE