IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CRYSTAL STAYTON                                                           PLAINTIFF

v.                                    3:06CV00034  JFF

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                                  DEFENDANT

## ORDER

Plaintiff has filed a motion for attorney's fees and other expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.  The Court finds that Plaintiff's attorney is entitled to an attorney's fee in the amount of $1,558.05 and expenses in the amount of $13.95. The Defendant should certify said award and pay the Plaintiff's attorney these amounts.

IT IS SO ORDERED this 24th day of January, 2008.

                                                            /s/ John F. Forster, Jr.
                                      UNITED STATES MAGISTRATE JUDGE